# United States Court of Appeals
## For the First Circuit

No. 22-1773

NADIA SHASH, individually and on behalf of all others similarly situated; AMJAD KHAN, individually and on behalf of all others similarly situated,

Plaintiffs, Appellants,

VICTOR D. MENASHE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BIOGEN, INC.; MICHEL VOUNATSOS; ALFRED W. SANDROCK, JR.; SAMANTHA BUDD HAEBERLEIN,

Defendants, Appellees,

JEFFREY D. CAPELLO; MICHAEL R. MCDONNELL,

Defendants.

**JUDGMENT**

Entered: October 11, 2023

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order of dismissal is reversed in part and affirmed in part, and the matter is remanded for further proceedings consistent with the opinion issued this day. No costs are awarded.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Indira Talwani, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Robert Kelsey Kry, Laurence M. Rosen, Jonathan R. Horne, Swara Saraiya, Sara Ellen Margolis, Fu Shek Rocky Li, William Jason Trach, Audra J. Soloway